UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony Bernard Duckett,

                Plaintiff,

-against-

P.O. Daniel Demarco (Shield # 3893),

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/16/2023

1:23-cv-00228 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Having granted Plaintiff's request for an extension of time to effect service (*See* ECF No. 12), the Court hereby extends Plaintiff's deadline to serve until Thursday, June 15, 2023.

**SO ORDERED.**

Dated:    New York, New York
            May 16, 2023

_____
STEWART D. AARON
United States Magistrate Judge