USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/02/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anthony Bernard Duckett,<br><br>                     Plaintiff,<br><br>-against-<br><br>P.O. Daniel Demarco (Shield # 3893),<br><br>                     Defendant. | 1:23-cv-00228 (JGLC) (SDA)<br><br>ORDER |

**STEWART D. AARON, United States Magistrate Judge:**

No later than Tuesday, January 16, 2024, the parties shall file a joint letter regarding the status of discovery.

**SO ORDERED.**

Dated:    New York, New York
            January 2, 2024

_____
STEWART D. AARON
United States Magistrate Judge