```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

ANTHONY BERNARD DUCKETT,

                            Plaintiff,

      -against-

DANIEL DEMARCO,

                          Defendant.
------------------------------------------------------------------ X

**ORDER TO PRODUCE INCARCERATED PERSON FOR DEPOSITION**

23 Civ. 228 (JGLC) (SDA)

**THE HONORABLE STEWART D. AARON, United States Magistrate Judge:**

    Upon the application of defendant Demarco for leave to take the deposition of Plaintiff Anthony Bernard Duckett (DIN: 23-R-2858), an incarcerated person, and the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

    **IT IS HEREBY ORDERED**: (1) that the Warden or other official in charge at Ulster Correctional Facility produce incarcerated person Anthony Bernard Duckett (DIN: 23-R-2858), for the taking of his deposition by video conference on February 8, 2024 commencing at 10 a.m., and for so long thereafter as the deposition continues; (2) Plaintiff Anthony Bernard Duckett (DIN: 23-R-2858), appear in such place as designated by the Warden or other official in charge of the Ulster Correctional Facility so that his deposition may be taken; and (3) that also present at the deposition via video conference, will be a court reporter to be designated by defendant as well as the attorney for defendant.

Dated: New York, New York
           ___January 11___, 2024

SO ORDERED

*Stewart D. Aaron*
_____
HON. STEWART D. AARON
UNITED STATES DISTRICT JUDGE